## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
              Plaintiff            :
                                   :
      v.                           :    CASE NO. 1:08-CV-01056
                                   :
PROPERTY IDENTIFIED BY             :
ADDRESS OF:                        :
12306 JAMES MADISON LANE,          :
GLENN DALE, MARYLAND 20769,        :
                                   :
              Defendant            :

### VERIFIED CLAIM OF LAKESHA LEE AND JANE DAVIS

Lakesha Lee and Jane Davis hereby make claim as the joint owners of the property alleged to be subject to forfeiture in this case as described above, and known as 12306 James Madison Lane, Glenn Dale, Maryland 20769.

We declare under penalty of perjury, as provided by 28 U.S.C. §1746, that we are the joint owners of the property listed above.

Respectfully submitted,

Dated: 7/2/08 _____        _____
                               LAKESHA LEE

Dated: 7-2-08 _____        _____
                               JANE DAVIS

COUNSEL FOR CLAIMANTS:

*David B Smith*

David B. Smith
DC Bar No. 403068
English & Smith
526 King Street, Suite 213
Alexandria, Virginia  22314
(703) 548-8911
Facsimile (703) 548-8935
dsmith@englishandsmith.com


## Certificate of Service

    I hereby certify that a true copy of the foregoing claim was mailed, first class, postage prepaid, on this __7th__ day of July, 2008, to AUSA Barry Wiegand, Office of the United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 Fourth Street, N.W., Fourth Floor, Washington, D.C. 20530.

*David B Smith*

David B. Smith

2