IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| *Plaintiff* : | |
| v. : | CASE NO. 1:08-CV-01056-JDB |
| **PROPERTY IDENTIFIED BY ADDRESS OF: 12306 JAMES MADISON LANE, GLENN DALE, MARYLAND 20769,** : | |
| *Defendant* : | |

### REQUEST TO CORRECT ERROR IN ECF FILING

COME NOW claimants Lakesha Lee and Jane Davis, by and through undersigned counsel, and hereby request that the attached answer be substituted for the pleading incorrectly filed with the court in this matter on their behalf today. Counsel was attempting to file an answer to the complaint on behalf of claimants Lee and Davis, however, their previously-filed joint claim was incorrectly linked to the electronic filing instead of the appropriate answer. For the court's reference, the claim appears as docket entry #3, and the incorrectly filed document appears as entry #4.

Respectfully submitted,

  /s/ David B. Smith
David B. Smith
DC Bar No. 403068
English & Smith
526 King Street, Suite 213
Alexandria, Virginia  22314
(703) 548-8911
Facsimile (703) 548-8935
dsmith@englishandsmith.com
*Counsel for Claimants*

1

## Certificate of Service

I hereby certify that on the 16th day of July, 2008, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>AUSA Barry Wiegand
>Office of the United States Attorney
>Criminal Division, Asset Forfeiture Unit
>555 Fourth Street, N.W., Fourth Floor
>Washington, D.C. 20530
>william.b.wiegand@usdoj.gov

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-filing user:

>none

>*/s/ David B. Smith*
>David B. Smith
>DC Bar No. 403068
>English & Smith
>526 King Street, Suite 213
>Alexandria, Virginia  22314
>Phone:  703-548-8911
>Facsimile:  703-548-8935
>dsmith@englishandsmith.com
>*Counsel for Claimants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| *Plaintiff* : | |
| : | |
| v. : | CASE NO. 1:08-CV-01056-JDB |
| : | |
| **PROPERTY IDENTIFIED BY** : | |
| **ADDRESS OF:** : | JURY TRIAL DEMANDED |
| **12306 JAMES MADISON LANE,** : | |
| **GLENN DALE, MARYLAND 20769,** : | |
| : | |
| *Defendant* : | |

### ANSWER OF CLAIMANTS LAKESHA LEE AND JANE DAVIS

COME NOW claimants Lakesha Lee and Jane Davis, by and through undersigned counsel, and hereby file this Answer to the Complaint:

1. Claimants do not dispute the government's description of the property by address and as designated in the land records of Prince Georges County.

2. Admitted.

3. Admitted.

4. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

5. Claimant Lee admits she had a long term intimate relationship with Mr. Dawson without admitting that it was "in the nature of a married couple."

1

6. Denied. Claimant Lee acquired the property jointly with claimant Davis. Mr. Dawson had no control over the use of the property.

7. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

8. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

9. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

10. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

11. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

12. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

13. Admitted.

14. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

15. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

16. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

17. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

18. Admitted.

19. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

Count One, ¶1. Claimant restates the responses noted above.

Count One, ¶2. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

Count One, ¶3. Claimants have insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

## AFFIRMATIVE DEFENSES

1. Claimants Lee and Davis are innocent owners of the defendant property and accordingly claimants' interest is exempt from forfeiture under 18 U.S.C. §983(d).

2.   Forfeiture of claimants' entire interest would be an "excessive fine" in violation of the Eighth Amendment's Excessive Fines Clause and 18 U.S.C. §983(g).

                              Respectfully submitted,

                              */s/ David B. Smith*
                              David B. Smith
                              DC Bar No. 403068
                              English & Smith
                              526 King Street, Suite 213
                              Alexandria, Virginia  22314
                              (703) 548-8911
                              Facsimile (703) 548-8935
                              dsmith@englishandsmith.com
                              *Counsel for Claimants*

## Certificate of Service

    I hereby certify that on the 16th day of July, 2008, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    AUSA Barry Wiegand
    Office of the United States Attorney
    Criminal Division, Asset Forfeiture Unit
    555 Fourth Street, N.W., Fourth Floor
    Washington, D.C. 20530
    william.b.wiegand@usdoj.gov

    And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-filing user:

    none

    */s/ David B. Smith*
    David B. Smith
    DC Bar No. 403068
    English & Smith
    526 King Street, Suite 213
    Alexandria, Virginia  22314
    Phone:  703-548-8911
    Facsimile:  703-548-8935
    dsmith@englishandsmith.com
    *Counsel for Claimants*