**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **c/o United States Attorney's Office,** | ) | |
| **Judiciary Center Building,** | ) | |
| **555 4th Street, N.W.,** | ) | |
| **Washington, DC 20530,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  08-1056 (JDB)** |
| | ) | |
| **PROPERTY IDENTIFIED BY ADDRESS OF:** | ) | |
| **12306 JAMES MADISON LANE,** | ) | |
| **GLENN DALE, MARYLAND, 20769** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF FILING**

The United States of America, by its attorney, the United States Attorney for the District of

Columbia, respectfully notes the filing, as part of the record in the above-captioned case, of the

attached <u>Notice of Lis Pendens</u>, filed on June 23, 2008, as Document # CAE08-16212, with the

Clerk of the Circuit Court for Prince Georges County Maryland.

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney

By:     */s/ Barry Wiegand*
        BARRY WIEGAND, D.C. Bar No. 424288
        Assistant  United States Attorney
        Criminal Division, Asset Forfeiture Unit
        555 Fourth Street, N.W., Fourth Floor
        Washington, D.C. 20530

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused service of the foregoing NOTICE OF FILING to be made by having copies of it posted in the U.S. mails in an envelope stamped with postage sufficient for first-class handling and addressed to counsel for Lakesha Lee, Mr. David B. Smith, Esq., 526 King Street, Suite 213, Alexandria, VA 22314,(703) 548-8911, (703) 548-8935 (fax), winneratny@aol.com, on or before this 18th day of August 2008.

*/s/ Barry Wiegand*
BARRY WIEGAND, D.C. Bar No. 424288
Assistant  United States Attorney
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office,<br>Judiciary Center Building,<br>555 4th Street, N.W.,<br>Washington, DC 20530, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 08-1056 (JDB) |
| PROPERTY IDENTIFIED BY ADDRESS OF:<br>12306 JAMES MADISON LANE,<br>GLENN DALE, MARYLAND, 20769 | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) <br> ) <br> ) | |

**FILED**

JUN 23 2008

CLERK OF THE CIRCUIT COURT
OR PRINCE GEORGES COUNTY, M!

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned action has commenced and is now pending in the U.S. District Court for the District of Columbia between the above-named parties.

The general object thereof is to obtain judicial forfeiture of the defendant real property, involved in controlled substance offenses in violations of 21 U.S.C. § 801 *et seq.*

**The names of the persons whose estates or interests are intended to be affected are:**

**Lakesha Lee and any other persons alleging an interest in the property.**

The property to be forfeited by reason of the foregoing and pursuant to the provisions contained in 21 U.S.C. § 881(a)(7), and to which this *Lis Pendens* refers, is the real property and premises known as **12306 James Madison Lane, Glenndale, Maryland 20769**, more particularly described as:

> **Lot 60, Block A, as shown on a plat entitled "Plat Six, Gabriel's Run" as per Plat thereof recorded among the Land Records of Prince George's County in Plat Book 202 at Plat 28. Being the**

**same property conveyed to NVR, Inc., a Virginia Corporation, by Deed recorded August 16, 2007 in Liber 28406, at Folio 463 among the land records of Prince George's County, Maryland.**

For further information concerning this action, reference may be made to the records of the Civil Docket Clerk of the U.S. District Court for the District of Columbia, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.

WITNESS my hand this _20TH_ day of June 2008.

BARRY WIEGAND
Assistant United States Attorney
D.C. Bar No. 424288
555 4th St., N.W., Room 4818
Washington, D.C. 20530
(202) 307-0299

Washington                   )
                                         ) SS

District of Columbia      )

I, _Jessica McCormick_, a Notary Public in and for the District of Columbia, DO

HEREBY CERTIFY THAT the United States of America, pray to a certain *Lis Pendens* bearing

date on the _20th_ day of June 2008, and hereto annexed, personally appeared before me in said

District of Columbia, Barry Wiegand, Assistant United States Attorney, being personally well

known to me as the person who executed the said *Lis Pendens* and acknowledged the same to be

his act and deed.

Given under my hand and seal this _20th_ day of June 2008.

_____
Notary Public

Jessica McCormick
Notary of Public
District of Columbia
Commission Expires: December 14, 2011

My Commission Expires: _____