UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1056 (JDB) |
| ) | |
| PROPERTY IDENTIFIED AS ) | |
| 12306 JAMES MADISON LANE, ) | |
| GLENN DALE, MARYLAND, 20769 ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| LAKESHA LEE and JANE DAVIS, ) | |
| ) | |
| Claimants. ) | |
| ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO DEFER
DATES FOR FILING REPORTS AND PROPOSED SCHEDULING ORDERS**

*COMES NOW,* plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and claimants Lakesha Lee and Jane Davis, by and through their attorney, Mr. David B. Smith, Esq., to move to continue the initial status conference now set for September 17, 2008, at 9:00 a.m., and to defer the dates for filing certain other reports and proposed orders. At the time of making this motion, plaintiff and claimants also are filing a nearly identical one in a closely related case, United States v. Property Identified As 7501 Arcade Court, *etc*., Civil Action No. 08-1057 (JDB). In support whereof, plaintiff and claimants respectfully submit as follows:

1.  Pursuant to 21 U.S.C. § 881(a)(7), plaintiff brought this civil action *in rem* on June 19, 2008, seeking forfeiture of residential real property in Maryland, from which police had seized unlawfully possessed controlled substances on June 10, 2008. The government alleges that the

defendant property had been used to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. §§ 801, *et seq.*, punishable by more than one year's imprisonment. On July 7, 2008, Lakesha Lee and Jane Davis filed a verified claim to the defendant property and then an answer to the forfeiture complaint on July 16, 2008. On August 26, 2008, this Court ordered the parties to appear for a status conference on September 17, 2008, at 9:00 a.m.

  2. Plaintiff and claimants respectfully move to continue the status hearing until a date during the week beginning, Monday, October 6, 2008, and respectfully suggest convening the hearing at 9:00 a.m., on either Tuesday or Thursday, October 7th or 9th, respectively. Both counsel agree to these dates, and we understand that they fit with the Court's current calendar.

  3. Further, counsel respectfully also wish to advise the Court that they have met and conferred to try to develop a "global" settlement of this and all related forfeiture matters. This case and the action involving a Maryland residence on Arcade Court, Civil Action No. 08-1057 (JDB), arise from a criminal investigation, which resulted in the indictment in <u>United States</u> v. <u>David Dawson, *et al.*</u>, Criminal Number 08-163 (JDB). This indictment followed the execution of search warrants at both the defendant property in this case and the defendant property in the Arcade Court action. During these raids, police seized more than 120 items of personal property, excluding contraband. Just a sample of these items, with a rough estimate of value, includes: (1) three diamond or sapphire bracelets, together worth about $13,500; (2) three sets of diamond earrings, $11,100; (3) an Escalade car, $20,000; (4) two Cartier watches, $32,000; (5) Breitling men's watch, $11,000; (6) Rolex Man's watch, $ 3,000; and, (7) four silver rings with diamonds, $12,000. The items seized also include about a dozen or more other purses and a similar number of watches. The total of value of all of 120 or more items almost certainly exceeds $150,000. All of these items are

in the custody of one or more police agencies, classed as evidence or subject to forfeiture or both.

    4.    Unless counsel succeed in framing a "global" settlement of all forfeiture issues in this investigation, litigation over these items will join the two real property forfeiture cases now pending before this Court. Counsel respectfully suggest, therefore, that it would be the best use of scarce Court resources if the parties deferred briefly certain activities normally required under the Federal Rules of Civil Procedure, particularly Rules 16 and 26, as well as this Court's local rules. Counsel have worked together amicably since the government filed this action, and will co-operate in making sure that all necessary disclosures take place and a "meet-and-confer" report statement is filed not later than October 2, 2008, if the Court grants this motion. Based upon these representations, counsel also are moving for the Court's agreement to this, as well as for a continuance.

    5.    After reviewing this motion's text, claimants's counsel, Mr. Smith, has authorized undersigned to file this joint motion and proposed order. A proposed order granting this motion is attached.

    ***WHEREFORE***, plaintiff and claimants respectfully pray that this Honorable Court grant this motion and enter the attached proposed order.

    Respectfully submitted,

    */s/ Jeffrey A. Taylor*
    JEFFREY TAYLOR, D.C. Bar No. 498610
    UNITED STATES ATTORNEY

    */s/ William R. Cowden*
    WILLIAM R. COWDEN, D.C. Bar No. 426301
    Assistant United States Attorney

    */s/ Barry Wiegand*

        BARRY WIEGAND, D.C. Bar No. 424288
        Assistant United States Attorney
        Criminal Division, Asset Forfeiture Unit
        555 Fourth Street, N.W., Fourth Floor
        Washington, D.C. 20530
        (202) 307-0299
        William.B.Wiegand@USDoJ.Gov

I HEREBY CERTIFY that, before filing this JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO DEFER DATES FOR FILING REPORTS AND PROPOSED SCHEDULING ORDERS, I obtained approval to do so from: Mr. David B. Smith, Esq., claimants's counsel, English & Smith, 526 King Street, Suite 213, Alexandria, Virginia 22314; (703) 548-8911 (o); (703) 548-8935 (fax); dsmith@englishandsmith.com and that I also caused it to be transmitted to him through this Court's ECF system upon filing with the Court, on or before the 28th day of August 2008.

        */s/ Barry Wiegand*
        Barry Wiegand
        Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PROPERTY IDENTIFIED AS** )<br>**12306 JAMES MADISON LANE,** )<br>**GLENN DALE, MARYLAND, 20769** )<br>)<br>**Defendant.** )<br>_____)<br>)<br>**LAKESHA LEE and JANE DAVIS,** )<br>)<br>**Claimants** )<br>_____) | Civil Action No.  08-1056 (JDB) |

## ORDER

This matter came before the Court on the parties's Joint Motion To Continue Status Conference And To Defer Dates For Filing Reports And Proposed Scheduling Orders  Upon consideration of that motion, the representations in it, and the entire record in this case, it is by the Court this ____ day of August

ORDERED, that the motion be, and hereby is, GRANTED in its entirety; and it is further

ORDERED, that the status conference now set for September 17, 2008, at 9:00 a.m. is continued until October ___, 2008, at 9:00 a.m.; and it is further

ORDERED, that the parties shall be deemed to have honored fully their duties under the Federal Rules of Civil Procedure and this Court's local rules before this continued status conference

by filing a "meet-and-confer" type pleading with the Court not later than October 2, 2008, unless they have advised the Court sooner that settlement of this matter is expected swiftly.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

cc: Barry Wiegand
Assistant  United States Attorney
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299 (o); (202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov

Mr. David B. Smith, Esq.,
English & Smith
526 King Street, Suite 213
Alexandria, Virginia 22314
(703) 548-8911  (o); (703) 548-8935 (fax)
dsmith@englishandsmith.com